IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN



 




NO. 3-93-287-CR




SHARON MELISSA AIROLDI,



 APPELLANT


vs.





THE STATE OF TEXAS,



 APPELLEE


 



FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY



NO. 387,138, HONORABLE STEVE RUSSELL, JUDGE PRESIDING


 





PER CURIAM

 Sharon M. Airoldi seeks to appeal from a judgment of the county court at law
affirming her conviction in municipal court for failing to keep her property free of objectionable
matter. Tex. Gov't Code Ann. § 30.344 (West 1988). Because the fine assessed by the municipal
court does not exceed $100, Airoldi has no right to appeal to this Court. Id.

 The appeal is dismissed.


[Before Chief Justice Carroll, Justices Aboussie and Jones]

Dismissed

Filed: June 23, 1993

[Do Not Publish]